# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **702 E. 20th STREET, LLC,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-4114** |
| | : | |
| **WILMINGTON SAVINGS FUND** | : | |
| **SOCIETY, FSB, et al.** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of August, 2020, upon consideration of Plaintiff 702 E. 20th Street, LLC's Complaint (ECF No. 1), it is **ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the accompanying Memorandum.

BY THE COURT:

/s/ Gerald Austin McHugh

**GERALD A. McHUGH, J.**